MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
WILLIAM P. NELSON (Bar No. 196091)
william.nelson@tensegritylawgroup.com
NATASHA M. SAPUTO (Bar No. 291151)
natasha.saputo@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:   (650) 802-6000
Facsimile:    (650) 802-6001

*Attorneys for Plaintiff*
*Free Stream Media Corp. d/b/a Samba TV*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREE STRAM MEDIA CORP. d/b/a SAMBA TV,<br><br>   Plaintiff,<br><br>vs.<br><br>ALPHONSO INC.<br><br>   Defendant. | Case No. 5:17-cv-02107-RS<br><br>**NOTICE OF APPEARANCE OF MATTHEW D. POWERS**<br><br>Crtrm: 3, 17th Floor<br>Judge: Honorable Richard Seeborg |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned of Tensegrity Law Group LLP enters this Notice of Appearance for Matthew D. Powers in the above referenced action as counsel for Plaintiff Free Stream Media Corp. d/b/a Samba TV and hereby requests that all briefs, motions, orders, correspondence and other papers be served as follows:

> Matthew D. Powers
> TENSEGRITY LAW GROUP, LLP
> 555 Twin Dolphin Drive, Suite 650
> Redwood Shores, CA 94065
> Telephone:   (650) 802-6000
> Facsimile:   (650) 802-6001
> Email:
> matthew.powers@tensegritylawgroup.com

Dated: June 28, 2017                            Respectfully submitted

> /s/      Matthew D. Powers
> Matthew D. Powers (Bar No. 104795)
> William P. Nelson (Bar No. 196091)
> Natasha M. Saputo (Bar No. 291151)
> TENSEGRITY LAW GROUP, LLP
> 555 Twin Dolphin Drive, Suite 650
> Redwood Shores, CA 94065
> Telephone:   (650) 802-6000
> Facsimile:   (650) 802-6001
> Email:
> matthew.powers@tensegritylawgroup.com
> william.nelson@tensegritylawgroup.com
> natasha.saputo@tensegritylawgroup.com
> samba_service@tensegritylawgroup.com
>
> *Attorneys for Plaintiff,*
> *Free Stream Media Corp. d/b/a Samba TV*

**NOTICE OF APPEARANCE**
**CASE NO. 5:17-CV-02107-RS**                            1

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 28, 2017, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will issue an electronic notification of filing to all counsel of record.

/s/ *Matthew D. Powers*
Matthew D. Powers