
MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
WILLIAM P. NELSON (Bar No. 196091)
william.nelson@tensegritylawgroup.com
JENNIFER K. ROBINSON (Bar No. 270954)
jen.robinson@tensegritylawgroup.com
SAMANTHA A. JAMESON (Bar. No. 296411)
samantha.jameson@tensegritylawgroup.com
NATASHA M. SAPUTO (Bar No. 291151)
natasha.saputo@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:   (650) 802-6000
Facsimile:   (650) 802-6001

*Attorneys for Plaintiff*
*Free Stream Media Corp. d/b/a Samba TV*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREE STREAM MEDIA CORP., d/b/a SAMBA TV,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHONSO INC., ASHISH CHORDIA, RAGHU KODIGE, and LAMPROS KALAMPOUKAS,<br><br>Defendants. | Case No. 3:17-cv-02107-RS<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Richard Seeborg<br>Dept: Courtroom 3, 17th Floor<br>Time: 1:30 P.M.<br>Date: September 28, 2017 |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiff Free Stream Media Corporation d/b/a Samba TV ("Samba") respectfully requests that the Court take judicial notice of the following documents cited in its Opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Courts may take judicial notice of facts that are "not subject to reasonable dispute because [they] . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). "[C]ourts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 323 (2007); *see also N.M. State Inv. Council v. Ernst & Young LLP*, 641 F.3d 1089, 1094 (9th Cir. 2010); *Outdoor Media Grp., Inc. v. City of Beaumont*, 506 F.3d 895 (9th Cir. 2007).

Plaintiff seeks judicial notice of the following documents, which are judicially noticeable for the reasons set forth below:

1. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 9,386,356, entitled "Targeting With Television Audience Data Across Multiple Screens." *See* Declaration of William P. Nelson, filed concurrently herewith ("Nelson Decl."), ¶ 2. Courts "may take judicial notice of court filings and other matters of public record." *Reyn's Pizza Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006). Exhibit 1 is therefore judicially noticeable.

2. Attached hereto as **Exhibit 2** is a true and correct copy of an article entitled "In a multi-screen future, phones don't control TVs, TVs control phones," produced at SAM-ALP 1702049 - SAM-ALP 1702050 (available at http://www.foxnews.com/tech/2014/05/09/in-multi-screen-future-phones-dont-control-tvs-tvs-control-phones.print.html). *See* Nelson Decl., ¶ 3. Courts may take judicial notice that the public was aware of certain information. *See Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999) ("We take judicial

1  notice that the market was aware of the information contained in news articles submitted by the
2  defendants."). Exhibit 2 is therefore judicially noticeable.

3      3. Attached hereto as **Exhibit 3** is a true and correct copy of a document entitled
4  "Orville Redenbacher's Bets on Binge Watchers" produced at SAM-ALP 1702036 - SAM-ALP
5  1702037 (available at https://samba.tv/app/uploads/2017/06/Case-
6  Studies_Conagra_SyncRetarget.pdf). *See* Nelson Decl., ¶ 4. Courts may take judicial notice that
7  the public was aware of certain information. *See Heliotrope*, 189 F.3d at 981 n.18 ("We
8  take judicial notice that the market was aware of the information contained in
9  news articles submitted by the defendants."). Exhibit 3 is therefore judicially noticeable.

10      4. Attached hereto as **Exhibit 4** is a true and correct copy of an article entitled
11  "Flingo reveals Samba, a first of its kind dual interactive TV and second screen platform,"
12  produced at SAM-ALP 1701965 - SAM-ALP 1701968 (available at
13  https://pando.com/2013/01/04/flingo-releases-samba-a-first-of-its-kind-dual-interactive-tv-and-
14  second-screen-platform/). *See* Nelson Decl., ¶ 5. Courts may take judicial notice that the public
15  was aware of certain information. *See Heliotrope*, 189 F.3d at 981 n.18 ("We take judicial
16  notice that the market was aware of the information contained in news articles submitted by the
17  defendants."). Exhibit 4 is therefore judicially noticeable.

19      For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Request
20  for Judicial Notice.

Dated: September 7, 2017              Respectfully submitted

/s/ William P. Nelson
Matthew D. Powers (Bar No. 104795)
William P. Nelson (Bar No. 196091)
Jennifer K. Robinson (Bar No. 270954)
Samantha A. Jameson (Bar. No. 296411)
Natasha M. Saputo (Bar No. 291151)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:    (650) 802-6000
Facsimile:    (650) 802-6001
Email:
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
jen.robinson@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
samba_service@tensegritylawgroup.com

*Attorneys for Plaintiff,*
*Free Stream Media Corp. d/b/a Samba TV*