QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Cole Malmberg (Bar No. 305250)
  colemalmberg@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5002
Facsimile: (650) 801-5100

  Tigran Guledjian (Bar No. 207613)
  tigranguledjian@quinnemanuel.com
  Valerie Roddy (Bar No. 235163)
  valerieroddy@quinnemanuel.com
  Scott A. Florance (Bar No. 227512)
  scottflorance@quinnemanuel.com
  Jordan B. Kaericher (Bar No. 265953)
  jordankaericher@quinnemanuel.com
865 S Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Alphonso Inc., Ashish Chordia, Lampros Kalampoukas, and Raghu Kodige*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FREE STREAM MEDIA CORP. d/b/a SAMBA TV,<br><br>Plaintiff,<br><br>v.<br><br>ALPHONSO INC., et al.<br><br>Defendants. | Case No. 3:17-cv-02107-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCLOSURE AND DISCOVERY DEADLINES BY ONE WEEK** |

## STIPULATION

WHEREAS, Plaintiff Free Stream Media Corp. d/b/a Samba TV ("Samba") has sued defendants Alphonso Inc., Ashish Chordia, Lampros Kalampoukas, and Raghu Kodige (collectively, "Alphonso") for patent infringement in the above-captioned action;

WHEREAS, Alphonso intends to file a motion for broader relief from the Court's scheduling order as a result of Samba's September 15, 2017 motion for leave to amend its infringement contentions and other case developments, which Samba anticipates it will oppose;

WHEREAS, pursuant to the Court's June 6, 2017 Case Management Order (ECF No. 148), the deadline for serving opening expert reports is September 22, 2017;

WHEREAS, the parties agree that all parties would benefit from an additional week to complete opening expert reports, while the parties prepare and oppose the above-mentioned motions, and address discovery recently provided in the case, although by filing this stipulation neither party is waiving any rights to oppose any action taken by the other party, nor by filing or agreeing to this stipulation is any party agreeing or conceding that one week is sufficient time to review and process this discovery;

WHEREAS, extending all expert disclosure and discovery deadlines by one additional week will not require any other dates in the Case Management Order to move;

WHEREAS, the parties agree that (1) this one-week extension is being requested without prejudice to any further relief any party may seek or any argument any party might make; and (2) they will not cite the fact of this one-week extension as evidence that any party has or has not been prejudiced, as an admission by any party, or that any party has acquiesced in any action by any other party; and

WHEREAS, the parties agree that the existence of this stipulation and order will be cited only for the fact of the revised disclosure and discovery deadlines;

The parties hereby agree and move the Court as follows:

1. On or before September 29, 2017, the parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

2. On or before October 27, 2017, the parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

3. On or before November 10, 2017, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

1       4.     No other dates in the June 6, 2017 Case Management Order (ECF No. 148) are changed as a result of this stipulation and order.

      5.     The extension of these dates is made without prejudice to any other motion or argument the parties may advance and the existence of this stipulation and order will be cited <u>only</u> for the fact of the revised disclosure and discovery deadlines.

Respectfully submitted,

DATED: September 20, 2017           TENSEGRITY LAW GROUP, LLP

By  /s/ William P. Nelson
    Matthew D. Powers (Bar No. 104795)
    William P. Nelson (Bar No. 196091)
    Jennifer K. Robinson (Bar No. 270954)
    Samantha A. Jameson (Bar. No. 296411)
    Natasha M. Saputo (Bar No. 291151)
    TENSEGRITY LAW GROUP, LLP
    555 Twin Dolphin Drive, Suite 650
    Redwood Shores, CA 94065
    Telephone:    (650) 802-6000
    Facsimile:     (650) 802-6001
    Email:
    matthew.powers@tensegritylawgroup.com
    william.nelson@tensegritylawgroup.com
    jen.robinson@tensegritylawgroup.com
    samantha.jameson@tensegritylawgroup.com
    natasha.saputo@tensegritylawgroup.com
    samba_service@tensegritylawgroup.com

*Attorneys for Plaintiff,*
*Free Stream Media Corp. d/b/a Samba TV*

DATED: September 20, 2017           QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Claude M. Stern
    Claude M. Stern
    *Attorneys for Defendants Alphonso Inc., Ashish Chordia, Lampros Kalampoukas, and Raghu Kodige*

**[~~PROPOSED~~] ORDER**

It is so ordered.

1. On or before September 29, 2017, the parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

2. On or before October 27, 2017, the parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

3. On or before November 10, 2017, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. No other dates in the June 6, 2017 Case Management Order (ECF No. 148) are changed as a result of this stipulation and order.

5. The extension of these dates is made without prejudice to any other motion or argument the parties may advance and the existence of this stipulation and order will be cited <u>only</u> for the fact of the revised disclosure and discovery deadlines.

DATED: September 28, 2017

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE