QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Cole Malmberg (Bar No. 305250)
  colemalmberg@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Tigran Guledjian (Bar No. 207613)
  tigranguledjian@quinnemanuel.com
  Valerie Roddy (Bar No. 235163)
  valerieroddy@quinnemanuel.com
  Scott A. Florance (Bar No. 227512)
  scottflorance@quinnemanuel.com
  Jordan B. Kaericher (Bar No. 265953)
  jordankaericher@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FREE STREAM MEDIA CORP. d/b/a SAMBA TV,<br><br>Plaintiff,<br><br>v.<br><br>ALPHONSO INC., ASHISH CHORDIA, RAGHU KODIGE, and LAMPROS KALAMPOUKAS,<br><br>Defendants. | Case No. 17-cv-02107-RS<br><br>**CIVIL L.R. 6-2 STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (ECF NO. 228);**<br><br>**DECLARATION OF VALERIE RODDY IN SUPPORT THEREOF** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Free Stream Media d/b/a Samba TV ("Samba") and Defendants Alphonso Inc., Ashish Chordia, Lampros Kalampoukas, and Raghu Kodige (collectively, "Defendants") submit this stipulated request that the Court shorten the briefing and hearing schedule for Defendants' Motion for Relief from Case Management Schedule (ECF No. 228): |

**STIPULATION**

WHEREAS, on September 22, 2017, Defendants filed a Motion for Relief from Case Management Schedule (ECF No. 228);

WHEREAS, Defendants' motion requests that the Court hold in abeyance case management dates pending resolution of Plaintiff's Motion for Leave to Amend Its Infringement Contentions (ECF No. 214), scheduled for hearing on October 26, 2017;

WHEREAS, a number of case management deadlines are imminent, including the deadline for serving initial expert disclosures (September 29, 2017);[1] the deadline for rebuttal and supplemental expert disclosures (October 20 or 27, 2017); the cutoff for expert discovery (November 3 or 10, 2017); and the deadline for filing summary judgment motions (November 16, 2017);

WHEREAS, Defendants contend there is good cause to shorten time for the briefing and hearing of their motion for the reasons set forth in the attached Declaration of Valerie Roddy, which also sets forth all previous time modifications in this case;

WHEREAS, Plaintiff opposes Defendants' motion to hold in abeyance case management dates, but does not oppose its expedited resolution in view of the imminence of the case management dates it seeks to impact; and

WHEREAS, the parties will be before the Court on October 5, 2017 at 1:30 p.m. for a hearing on Defendants' motion to dismiss the Second Amended Complaint, *see* ECF No. 231

---

[1] On September 20, 2017, the parties filed a joint stipulation and [proposed] order (ECF No. 220) seeking to extend all expert disclosure and discovery deadlines by one week. Pending the Court's decision on that motion, the parties have agreed to waive any objection to initial expert disclosures (due September 22, 2017 under the operative case management schedule (*see* ECF No. 148)) being served through and until September 29, 2017, the deadline requested in the parties' stipulation.

-1- Case No. 3:17-cv-02107-RS
CIVIL L.R. 6-2 STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND
HEARING ON MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (ECF NO. 228)

1       The parties hereby request that the Court set the following briefing and hearing schedule for Defendants' Motion for Relief from Case Management Schedule (ECF No. 228):

      1.     Any opposition to Defendants' Motion for Relief from Case Management Schedule (ECF No. 228) shall be filed on or before October 2, 2017.

      2.     Any reply in support of Defendants' Motion for Relief from Case Management Schedule (ECF No. 228) shall be filed on or before October 3, 2017. Any such reply shall be limited to no more than 4 pages in length.

      3.     Any hearing on Defendants' Motion for Relief from Case Management Schedule (ECF No. 228) shall be held on October 5, 2017 at 1:30 p.m., or at such time as the Court may order.

DATED: September 27, 2017         TENSEGRITY LAW GROUP, LLP

By  */s/ William P. Nelson*
Matthew D. Powers (Bar No. 104795)
William P. Nelson (Bar No. 196091)
Jennifer K. Robinson (Bar No. 270954)
Samantha A. Jameson (Bar. No. 296411)
Natasha M. Saputo (Bar No. 291151)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:    (650) 802-6000
Facsimile:     (650) 802-6001
Email:
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
jen.robinson@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
samba_service@tensegritylawgroup.com

*Attorneys for Plaintiff,*
*Free Stream Media Corp. d/b/a Samba TV*

1 | DATED: September 27, 2017        QUINN EMANUEL URQUHART &
2 |                                  SULLIVAN, LLP
3 |                                  By  /s/ Claude M. Stern
  |                                  Claude M. Stern
4 |                                  *Attorneys for Defendants Alphonso Inc., Ashish
  |                                  Chordia, Lampros Kalampoukas, and Raghu
5 |                                  Kodige*

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Any opposition to Defendants' Motion for Relief from Case Management Schedule (ECF No. 228) shall be filed on or before October 2, 2017.

2. Any reply in support of Defendants' Motion for Relief from Case Management Schedule (ECF No. 228) shall be filed on or before October 3, 2017. Any such reply shall be limited to no more than 4 pages in length.

3. Any hearing on Defendants' Motion for Relief from Case Management Schedule (ECF No. 228) shall be held on October 5, 2017 at 1:30 p.m.

DATED: September 28, 2017

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE